



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/23/11

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**MICHAEL J. GILBERT**

michael.gilbert@dechert.com
+1 212 698 3886  Direct
+1 212 698 0426  Fax

February 18, 2011

**BY HAND**
Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



RECEIVED FEB 22 2011 JUDGE KAPLAN'S CHAMBERS

Re: United States v. Nabibux, 09 Cr. 949 (LAK)

Dear Judge Kaplan:

To accommodate the production of additional discovery, on January 14, 2011, the Court granted a revised deadline schedule for the above-referenced case. The revised schedule was as follows:

- Government to provide additional discovery by January 21, 2011
- Defense revised submissions by February 21, 2011
- Oral Argument set for 4 pm on February 24, 2011

Additional discovery, including almost 7,000 audio recordings, was produced by the government on January 21, 2011. On February 7, 2011, we wrote to the government that the discovery had not been produced in a useable format. The government responded on February 15, 2011 with a more useable form of discovery, and upon stipulation, the government also offered to provide us with draft transcripts of certain audio recordings. We are currently waiting for the production of the draft transcripts. We have also requested that the government produce materials relating to wiretaps used in this case.

As we are still reviewing the discovery produced on February 15, 2011, as well as awaiting the production of the draft transcripts and wiretap materials, we are therefore requesting that the current schedule be amended. The parties to this case have agreed to extend the current motion schedule by two weeks, for Your Honor's consideration.

The current proposed schedule is:

- Defense revised submissions by March 7, 2011
- Oral Argument to be set according to Your Honor's calendar

**MEMO ENDORSED**



Thank you for the Court's consideration of this request.

Respectfully submitted,

*Michael Gilbert /LJK*

Michael J. Gilbert

cc: Benjamin Naftalis, Esq. (by email)
Aimee Hector, Esq. (by email)
Sabrina Shroff, Esq. (by email)

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

2/23/11